# STATE OF MICHIGAN TRAFFIC CRASH REPORT

| Authority: 1949 PA 300, Sec.257.622<br>Compliance: Required   MSP UD-10E<br>Penalty: $100 and/or 90 days (Rev 11/2008) | External # 00564310 | Crash ID 564310 | Page 1 of 2<br>Incident # 1508id894a   93001 |
|---|---|---|---|
| | | | Incident Disposition: **CLOSED** |
| ORI: **MI6385100** | Department Name: **AUBURN HILLS POLICE DEPARTMENT** | | Reviewer: **LEONARD (00081)** |

| Crash Date | Crash Time | No. of Units | Crash Type | Special Circumstances | | Special Checks | |
|---|---|---|---|---|---|---|---|
| 06/14/2015 | 19:11 | 3 | 5-REAR END | ● None  ○ School Bus  ○ Hit and Run  ○ Deer  ○ Fleeing Police | | ○ Fatal  ○ Non-Traffic Area  ○ ORV/Snowmobile | |

| County | Traffic Control | Relation to Roadway | Special Study | Weather | Area |
|---|---|---|---|---|---|
| 63 - OAKLAND | NONE OF THESE | ON ROAD | | CLEAR | 06-ALL OTHER FREEWAY AREAS |

| City/Twsp | Construction Zone (if applicable) Type | Lane Closed | Activity | Light | Road Condition | Total Lanes | Speed Limit | Posted |
|---|---|---|---|---|---|---|---|---|
| 93 - AUBURN HILLS | | | | DAYLIGHT | DRY | 4 | 70 | YES |

**LOCATION**

| Prefix | Road Name | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | I75 | FRWY | | |

| Distance | Traffic Way | Access Control |
|---|---|---|
| 200 FT N | 3-DIVIDED HWY WITH BARRIER | 2-FULL ACCESS CONTROL |

| Prefix | Intersecting Road | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | LAPEER | ROAD | | |

**UNIT 1 DRIVER**

| Unit Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Y | MI | P600367303990 | 12/28/1985 (29) | ● Operator  ○ Chauffeur  ○ Moped | ○ Cycle  ○ Farm  ○ Recreation | M | 3 | 16-CARELESS/NEGLIGEN |

| Unit Type | Driver Information | Injury | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| M | JAMES HENRY PERRY<br>300 CLOVERLY RD<br>GROSSE POINTE FARMS MI 48236-3306  (313) 303-2296 | B | 01 | 4 | REFUSED |

| Driver Condition | Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|---|
| ○1 ○2 ○3 ○4 ○5 ○6 ○7 ●8 ○9 ○99 | NO | NO | NO | YES | 631034-AUBURN HILLS FIRE DEPARTMENT |

| Alcohol | Test Results | Drugs | Test Results | Citation Issued |
|---|---|---|---|---|
| ○ Yes  ● No<br>Test Type: ○ Field  ○ PBT  ○ Refused  ● Not offered  ○ Breath  ○ Blood  ○ Urine | | ○ Yes  ● No<br>Test Type: ○ Blood  ○ Urine | | ● Hazardous  ○ Other<br>Citation #: 15AH02429 |

| Vehicle Registration | State | Insurance / Policy # | Towed To/By | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|
| BHE4685 | MI | HOME-OWNERS 4941557002 | GENERAL 2280 AUBURN RD 248-338-3700 | 0 | | |

| VIN | Vehicle Description | Make | Model | Color | Year | Vehicle Type |
|---|---|---|---|---|---|---|
| 3LNHM26156R637764 | | LINCOLN | ZEPHYR | GRAY | 2006 | 01-PASSENGER CAR |

| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|---|
| 1 | 1 | 3 | NO | N | 01-PRIVATE | 01-GOING STRAIGHT AHEAD |

| Sequence of Events (* indicates MOST harmful event) | First | Second | Third | Fourth |
|---|---|---|---|---|
| | * 17-MOTOR VEH IN TRANSPORT | | | |

**PASSENGERS**

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| DONNA LYNN MACDONALD<br>9201 WINTERSET DR<br>MANASSAS VA 20110   (703) 203-1549 | 10/04/1963 (51) | F | 07 | 4 | NONE |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | O | NO | NO | NO | NONE |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| RAYMOND J DIAZ<br>PO BOX 2304<br>RESTON VA 20195   (703) 203-1549 | 03/14/1954 (61) | M | 09 | 4 | NONE |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | O | NO | NO | NO | NONE |

**TRUCK/BUS**

| Carrier Information | Carrier Source | GVWR | ICC MC | USDOT | MPSC |
|---|---|---|---|---|---|
| | | | | | |

| Driver's CDL Type | Endorsements | CDL Exempt | CDL Restrictions |
|---|---|---|---|
| | ○H ○P ○T<br>○N ○S ○X | ○ Farm  ○ Other | ○28 ○29 ○30 ○35 ○36 |

| Interstate/Intrastate | Vehicle Type | Type & Axle Per Unit First | Second | Third | Fourth | Cargo Body Type | Medical Card | Hazardous Material<br>○ Placard  ○ Cargo Spill | ID # | Class # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**OWNERS**

| Owner Information | Owner Information |
|---|---|
| JAMES HENRY PERRY<br>300 CLOVERLY RD<br>GROSSE POINTE FARMS MI 48236-3306   (313) 303-2296 | |

| Person Advised of Damaged Traffic Control | Damaged Property | Public |
|---|---|---|
| Contact Name:<br>Contact Date:<br>Contact Time: | GUARDRAIL FACE<br>Owner & Phone<br>OAKLAND COUNTY ROAD COMMISSION<br>(258) 645-2000 | YES |

EXHIBIT B - 000001

## DRIVER

| Field | Value |
|---|---|
| Unit Number | 2 |
| Unit Known | Y |
| State | XX |
| Driver License Number | T28143834640323 |
| Date of Birth (Age) | 03/23/1964 (51) |
| License Type | Operator |
| Endorsements | (none selected) |
| Sex | M |
| Total Occupants | 2 |
| Hazardous Action | 00-NONE |
| Unit Type | M |
| Driver Information | JAMES G TESOLIN<br>6603 6TH CONC N<br>AMHERTSBURG XX 99999<br>(519) 982-7570 |
| Injury | O |
| Position | 01 |
| Restraint | 4 |
| Hospital | NONE |
| Driver Condition | 1 |
| Interlock | NO |
| Ejected | NO |
| Trapped | NO |
| Airbag Deployed | NO |
| Ambulance | NONE |
| Alcohol | No; Not offered |
| Drugs | No |
| Citation Issued | Citations: |
| Vehicle Registration | 01FS53 |
| State | ON |
| Insurance / Policy # | ALL STATE 058956387 |
| Towed To/By | GENERAL 2290 AUBURN RD 248-338-3701 |
| Special Vehicles | 0 |
| VIN | 3VWSP69M72M087552 |
| Make | VOLKSWAGON |
| Model | JETTA |
| Color | SILVER |
| Year | 2002 |
| Vehicle Type | 01-PASSENGER CAR |
| Location of Greatest Damage | 2 |
| First Impact | 2 |
| Extent of Damage | 3 |
| Driveable | NO |
| Vehicle Direction | N |
| Vehicle Use | 01-PRIVATE |
| Action Prior | 04-STOPPED ON ROADWAY |
| Sequence of Events | First: 04-RAN OFF ROADWAY-RIGHT<br>Second: *17-MOTOR VEH IN TRANSPO<br>Third: 25-GUARDRAIL FACE<br>Fourth: 17-MOTOR VEH IN TRANSPO |

## PASSENGERS

(no passenger information recorded)

## TRUCK/BUS

(Carrier Information — blank)

## OWNERS

Owner Information:
JAMES G TESOLIN
6603 6TH CONC N
AMHERTSBURG ON 99999
(519) 982-7570

## WITNESS

(blank)

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photos By |
|---|---|---|---|---|
| YES | 06/14/2015 (19:11) | HESSE (341) | | |

### Narrative

UNITS 1, 2, & 3 WERE TRAVELING NORTHBOUND ON I75 IN THE RIGHT LANE. TRAFFIC WAS HEAVY DUE TO TRAFFIC INGRESS FOR A CONCERT AT THE PALACE.
THE DRIVER OF UNIT 2 SAID HE WAS STOPPED ON THE ROADWAY. HE SAID WAS LOOKING INTO HIS REAR VIEW MIRROR & OBSERVED THAT THE DRIVER OF UNIT 1 BEHIND HIM WAS LOOKING DOWN. THE DRIVER OF UNIT 2 SAID UNIT 1 DROVE STRAIGHT AHEAD & APPEARED THAT HE WAS GOING TO STRIKE UNIT 2. IN RESPONSE, THE DRIVER OF UNIT 2 SAID HE ATTEMPTED TO DRIVE OFF OF THE ROADWAY TO THE RIGHT TO AVOID A CRASH. UNIT 2 WAS STRUCK FROM BEHIND BY UNIT 1. UNIT 2 THEN STRUCK THE GUARDRAIL THEN UNIT 3.
THE DRIVER OF UNIT 3 SAID HE WAS STOPPED ON THE ROADWAY WHEN HE WAS STRUCK IN THE RIGHT MIDDLE AREA BY UNIT 2.
THE DRIVER OF UNIT 1 COULD NOT EXPLAIN WHY HE STRUCK UNIT 2.
THE PASSENGERS IN UNIT 1 TOLD ME THAT THE DRIVER WAS IN THE PROCESS OF PLUGGING IN HIS CELL PHONE WHEN THE CRASH OCCURRED. THE DRIVER OF UNIT 1 HAD A RED MARK ON HIS ARM AND WAS EVALUATED BY AHFD. HE WAS CITED FOR DUE CARE & CAUTION

### Diagram

NOT TO SCALE
(Diagram of northbound I-75 showing unit positions)

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

**Authority:** 1949 PA 300, Sec.257.622
**Compliance:** Required  MSP UD-10E
**Penalty:** $100 and/or 90 days (Rev 11/2006)

**External #:** 00564310
**Crash ID:** 564310
**Page 2 of 2**
**Incident #:** 1506M698a  93001
**Incident Disposition:** CLOSED
**Reviewer:** LEONARD (00081)

**ORI:** MI6385100
**Department Name:** AUBURN HILLS POLICE DEPARTMENT

| Crash Date | Crash Time | No. of Units | Crash Type | Special Circumstances | | Special Checks | | |
|---|---|---|---|---|---|---|---|---|
| 06/14/2015 | 19:11 | 3 | 5-REAR END | ● None  ○ Deer  ○ School Bus  ○ Hit and Run  ○ Fleeing Police | | ○ Fatal  ○ Non-Traffic Area  ○ ORV/Snowmobile | | |

| County | Traffic Control | Relation to Roadway | Special Study | Weather | Area |
|---|---|---|---|---|---|
| 63 - OAKLAND | NONE OF THESE | ON ROAD | | CLEAR | 06-ALL OTHER FREEWAY AREAS |

| City/Twsp | Construction Zone (if applicable) Type | Lane Closed | Activity | Light | Road Condition | Total Lanes | Speed Limit | Posted |
|---|---|---|---|---|---|---|---|---|
| 93 - AUBURN HILLS | | | | DAYLIGHT | DRY | 4 | 70 | YES |

## LOCATION

| Prefix | Road Name | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | I75 | FRWY | | |

| Distance | Traffic Way | Access Control |
|---|---|---|
| 200 FT N | 3-DIVIDED HWY WITH BARRIER | 2-FULL ACCESS CONTROL |

| Prefix | Intersecting Road | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | LAPEER | ROAD | | |

## UNIT / DRIVER

| Unit Number | Unit Known | State Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|
| 3 | Y | MI M243115976544 | 07/09/1972 (42) | ● Operator ○ Chauffeur ○ Moped | ○ Cycle ○ Farm ○ Recreation | M | 1 | 00-NONE |

| Unit Type | Driver Information | Injury | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| M | CHRISTOPHER PAUL MCLAUD  15770 DORIS ST  LIVONIA MI 48154-6219  (734) 751-6325 | O | 01 | 4 | NONE |

| Driver Condition | Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|---|
| ●1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○99 | NO | NO | NO | NO | NONE |

| Alcohol | Test Results | Drugs | Test Results | Citation Issued |
|---|---|---|---|---|
| ○ Yes ● No   ○ Refused ● Not offered  Test Type ○ Field ○ PBT ○ Breath ○ Blood ○ Urine | | ○ Yes ● No  Test Type ○ Blood ○ Urine | | ○ Hazardous ○ Other  Citation #: |

| Vehicle Registration | State | Insurance / Policy # | Towed To/By | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|
| 5HVD55 | MI | PROGRESSIVE 10978081 | | 0 | | |

| VIN | Vehicle Description | Make | Model | Color | Year | Vehicle Type |
|---|---|---|---|---|---|---|
| 1FADP3K27EL305228 | | FORD | FOCUS | SILVER | 2014 | 01-PASSENGER CAR |

| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|---|
| 5 | 5 | 1 | YES | N | 01-PRIVATE | 04-STOPPED ON ROADWAY |

| Sequence of Events (* indicates MOST harmful event) | First | Second | Third | Fourth |
|---|---|---|---|---|
| | * 17-MOTOR VEH IN TRANSPORT | | | |

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | | | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | | | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | | | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | | | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | | | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | | | | | |

## TRUCK/BUS

| Carrier Information | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|
| | | | | | |

| | Driver's CDL Type | Endorsements | CDL Exempt | CDL Restrictions |
|---|---|---|---|---|
| | | ○H ○P ○T  ○N ○S ○X | ○ Farm  ○ Other | ○ 28 ○ 29 ○ 30 ○ 35 ○ 36 |

| Interstate/Intrastate | Vehicle Type | Type & Axle Per Unit | | | | Cargo Body Type | Medical Card | Hazardous Material | ID # | Class # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | First | Second | Third | Fourth | | | ○ Placard ○ Cargo Spill | | |

## OWNERS

| Owner Information | Owner Information |
|---|---|
| CHRISTOPHER PAUL MCLAUD  15770 DORIS ST  LIVONIA MI 48154-6219  (734) 751-6325 | |

| Person Advised of Damaged Traffic Control | Damaged Property | Public |
|---|---|---|
| Contact Name:  Contact Date:  Contact Time: | Owner & Phone | |

EXHIBIT B - 000003

## DRIVER

| Unit Number | Unit Known | State | Driver License Number | | Date of Birth (Age) | | Injury | License Type<br>○ Operator<br>○ Chauffer<br>○ Moped | Endorsements<br>○ Cycle<br>○ Farm<br>○ Recreation | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Type | Driver Information | | | | | | Injury | Position | Restraint | Hospital | | |

| Driver Condition | | | | | Interlock | Ejected | Trapped | Airbag Deployed | | Ambulance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○99 | | | | | | | | | | | | |

| Alcohol | | | | | Test Results | | Drugs | | | Test Results | Citation Issued | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ Yes  ○ No  ○ Refused  ○ Not offered | | | | | | | ○ Yes  ○ No | | | | ○ Hazardous  ○ Other | |
| Test Type ○ Field  ○ PBT  ○ Breath  ○ Blood  ○ Urine | | | | | | | Test Type ○ Blood  ○ Urine | | | | Citation#: | |
| Vehicle Registration | State | Insurance / Policy # | | | | | Towed To/By | | | | Special Vehicles | Private Trailer Type | Vehicle Defect |

| VIN | | Vehicle Description | Make | | Model | | | Color | | Year | Vehicle Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | | Vehicle Direction | Vehicle Use | | | | Action Prior | |
| Sequence of Events<br>(* indicates MOST harmful event) | First | | | Second | | | Third | | | Fourth | |

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

## TRUCK/BUS

| Carrier Information | | | | | | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Driver's CDL Type | Endorsements<br>○ H  ○ P  ○ T<br>○ N  ○ S  ○ X | CDL Exempt<br>○ Farm<br>○ Other | CDL Restrictions<br>○ 28  ○ 29  ○ 30  ○ 35  ○ 36 | |
| Interstate/Intrastate | Vehicle Type | Type & Axle Per Unit<br>First  Second  Third  Fourth | | | | Cargo Body Type | Medical Card | Hazardous Material<br>○ Placard  ○ Cargo Spill | ID # | Class # |

## OWNERS

| Owner Information | Owner Information |
|---|---|
| | |

## WITNESS

| Witness Information | Witness Information |
|---|---|
| Age: | Age: |

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photos By |
|---|---|---|---|---|
| YES | 06/14/2015 (19:11) | HESSE (341) | | |

| Narrative | Diagram |
|---|---|
| | CRASH<br><br>DIAGRAM<br><br>DISPLAYED<br><br>HERE |